UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 19-cr-10117-IT-2 |
| | * | |
| MARCIA ABBOTT, | * | |
| | * | |
| Defendant. | * | |

ORDER

November 5, 2019

TALWANI, D.J.

Before the court is Defendant Marcia Abbott's Unopposed Joint Motion for Leave to Make Payments in Installments [#586]. Defendant seeks to pay fines imposed in nine equal monthly installments.

The court finds that allowing Defendant to pay in installments is in the interest of justice. 18 U.S.C. § 3572(d)(1). Defendant shall pay fines imposed in nine equal monthly installments, commencing November 15, 2019.

Accordingly, Defendant's Unopposed Joint Motion for Leave to Make Payments in Installments [#586] is ALLOWED.

IT IS SO ORDERED.

/s/ Andrea Talwani
United States District Judge